# United States Court of Appeals

### For the Eighth Circuit

———————————

No. 14-2795

———————————

United States of America

*Plaintiff - Appellee*

v.

Gary Penn

*Defendant - Appellant*

——————

Appeal from United States District Court
for the Western District of Missouri - Springfield

——————

Submitted: December 1, 2014
Filed: December 12, 2014
[Unpublished]

——————

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

——————

PER CURIAM.

Gary Penn appeals after the District Court[1] revoked his supervised release and sentenced him within the Chapter 7 advisory United States Sentencing Guidelines

———————————

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

range to 12 months in prison. Penn's counsel has moved to withdraw and has filed a brief arguing that Penn's sentence is substantively unreasonable.

Upon careful review, we conclude that the District Court did not impose an unreasonable revocation sentence. <u>See</u> <u>United States v. Growden</u>, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam) (describing appellate review of revocation sentences); <u>United States v. Petreikis</u>, 551 F.3d 822, 824 (8th Cir. 2009) (applying a presumption of substantive reasonableness to a revocation sentence within the Guidelines range).

Accordingly, we affirm the judgment of the District Court. We also grant counsel's motion for leave to withdraw.

_____